

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00356-CV

Richard **BALDARAMOS** and Rejuvya, LLC,
Appellants

v.

**METAMORPHOSIS CONSULTING, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-16894
Honorable Laura Salinas, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED dismissing the claims alleged in the underlying lawsuit against Richard Baldaramos and Rejuvya, LLC. It is ORDERED that appellants recover their costs of this appeal from appellee.

SIGNED December 11, 2019.

_____
Irene Rios, Justice